# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO CABRAL, an individual, | Case No: 2:25-cv-00261-DSF-AGR |
| Plaintiffs, | District Judge: Hon. Dale S. Fischer |
| vs. | Magistrate Judge: Hon. Alicia G. Rosenberg |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefor, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: January 9, 2026          By: *Dale S. Fischer*
                                                Hon. Dale S. Fischer
                                                United States District Judge